Prob 35
(3/98)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court
## FOR THE
### WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

Sami Fattouh Abdelfattah



Crim. No.2:03CR20486-001

On the 13th of July, 2004, named was placed on Probation for a period of two (2) years. He has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from Probation.

Respectfully submitted,

_____
Edward E. Shaw
United States Probation Officer
Electronic Monitoring Specialist

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Probation and that the proceedings in the case be terminated.

Dated this 13th day of October, 2005.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:03-CR-20486 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT